UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                          )
                                                )
**DRENDEL, LORI A**                             )    Bankruptcy Case No. 16-82107 TML
                                                )    Chapter 7
                                                )
Debtor(s).                                      )

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 12, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

DRENDEL, LORI A
242 KOCH DR
APT 2
GENOA, IL 60135

JAMES P MULLALLY
KONEWKO & ASSOC., LTD.
29W204 ROOSEVELT ROAD
WEST CHICAGO, IL 60185
*(Via ECF Electronic Transmission)*

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

US DEPARTMENT OF EDUCATION
PO BOX 530229
ATLANTA, GA 30353-0229

US DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

First Midwest Bank
300 North Hunt Club Road
Gurnee, IL 60031

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services, PO Box 19008
Greenville, SC 29602

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41031
Norfolk, VA 23541

U.S. Bank National Association
PO Box 5227
Cincinnati, OH 45201-5227

/s/ Debbie M. Harris
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
Jstevens@bslbv.com