**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: DRENDEL, LORI A § Case No. 16-82107
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $157,405.00          Assets Exempt: $11,017.71
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,553.80      Claims Discharged
                                                Without Payment: $217,376.90

Total Expenses of Administration: $3,078.20

3) Total gross receipts of $ 5,632.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,632.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $149,887.29 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,078.20 | 3,078.20 | 3,078.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 170,005.42 | 178,556.96 | 134,744.96 | 2,553.80 |
| **TOTAL DISBURSEMENTS** | $319,892.71 | $181,635.16 | $137,823.16 | $5,632.00 |

4) This case was originally filed under Chapter 7 on September 07, 2016. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/19/2018     By: /s/JAMES E. STEVENS
                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance-Great Aunt | 1129-000 | 5,632.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,632.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First MeritBank | 4110-000 | 12,625.00 | N/A | N/A | 0.00 |
| NOTFILED | National Bank & Trust | 4110-000 | 137,262.29 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$149,887.29** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,313.20 | 1,313.20 | 1,313.20 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 1,755.00 | 1,755.00 | 1,755.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,078.20** | **$3,078.20** | **$3,078.20** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 3,061.00 | 3,634.64 | 3,634.64 | 68.89 |
| 2 | Capital One, N.A. | 7100-000 | 1,117.07 | 1,095.01 | 1,095.01 | 20.75 |
| 3 | US DEPARTMENT OF EDUCATION | 7100-000 | N/A | 18,751.49 | 18,751.49 | 355.39 |
| 4 | US DEPARTMENT OF EDUCATION | 7100-000 | N/A | 23,746.68 | 23,746.68 | 450.07 |
| 5 | US DEPARTMENT OF EDUCATION | 7100-000 | 41,580.31 | 43,812.00 | 0.00 | 0.00 |
| 5 -2 | US DEPARTMENT OF EDUCATION | 7100-000 | N/A | 43,812.00 | 43,812.00 | 830.36 |
| 6 | US DEPARTMENT OF EDUCATION | 7100-000 | 19,005.34 | 19,966.23 | 19,966.23 | 378.42 |
| 7 | First Midwest Bank | 7100-000 | 1,059.29 | 672.35 | 672.35 | 12.74 |
| 8 | MERRICK BANK | 7100-000 | 644.30 | 711.05 | 711.05 | 13.48 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 901.37 | 901.37 | 901.37 | 17.08 |
| 10 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | 17,451.00 | 17,079.25 | 17,079.25 | 323.70 |
| 11 | U.S. Bank National Association | 7100-000 | N/A | 4,374.89 | 4,374.89 | 82.92 |
| NOTFILED | Credit One Bank | 7100-000 | 1,091.29 | N/A | N/A | 0.00 |
| NOTFILED | Dreyer Medical Group, LTD | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | CapitolOne | 7100-000 | 20,228.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cash Store | 7100-000 | 575.00 | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes | 7100-000 | 14,756.18 | N/A | N/A | 0.00 |
| NOTFILED | Capitol One | 7100-000 | 15,716.00 | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes | 7100-000 | 6,070.12 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank | 7100-000 | 230.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo EFS | 7100-000 | 5,346.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Healthcare | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Shalini Mohan, DMD-Downtown Dental | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 701.57 | N/A | N/A | 0.00 |
| NOTFILED | National Bank & Trust | 7100-000 | 2,413.94 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America (AAA) Financial | 7100-000 | 4,427.00 | N/A | N/A | 0.00 |
| NOTFILED | Argonne Credit Union | 7100-000 | 13,390.64 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$170,005.42** | **$178,556.96** | **$134,744.96** | **$2,553.80** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-82107  
**Case Name:** DRENDEL, LORI A  
**Period Ending:** 06/19/18

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/07/16 (f)  
**§341(a) Meeting Date:** 10/13/16  
**Claims Bar Date:** 10/31/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 306 S. Locust St, Genoa, IL | 140,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: Illinois Community Credit Union     Value changed per Amended Schedules filed 2/23/17. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Rental deposit: Jerry Losey - Landlord | 775.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods and Furnishings | 330.00 | 0.00 | | 0.00 | FA |
| 5 | Lawn Mower, Weed Eater, Exercise Equipment     Assets removed per Amended Schedule B filed 2/23/17. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Camera | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Books, Pictures, Art | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Tent, sleeping bags, air matress, fishing poles,     Assets removed per Amended Schedule B filed 2/23/17. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Global Accidental Life: Lori A. Drendel | 0.00 | 0.00 | | 0.00 | FA |
| 12 | IMRF | 3,700.00 | 0.00 | | 0.00 | FA |
| 13 | Federal Tax Return - 4,000     Asset removed per Amended Schedule B filed 2/23/17. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Inheritance-Great Aunt     Value and exemption changed per Amended Schedules B and C filed 2/23/17. | 3,900.00 | 10,000.00 | | 5,632.00 | FA |
| 15 | 2006 Chevy Trail Blazer     Asset removed per Amended Schedule B filed 2/23/17. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 2002 Chevy Malibu | 100.00 | 0.00 | | 0.00 | FA |
| 17 | 2014 Chevy Cruze | 12,000.00 | 0.00 | | 0.00 | FA |
| 18 | 1 Dog & 2 Cats | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Assets    Totals (Excluding unknown values) | **$161,305.00** | **$10,000.00** | | **$5,632.00** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-82107  
**Case Name:** DRENDEL, LORI A  
**Period Ending:** 06/19/18

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/07/16 (f)  
**§341(a) Meeting Date:** 10/13/16  
**Claims Bar Date:** 10/31/17

| 1<br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br>Ref. # | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018     **Current Projected Date Of Final Report (TFR):**   February 6, 2018  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-82107  
**Case Name:** DRENDEL, LORI A  
**Taxpayer ID #:** **-***8802  
**Period Ending:** 06/19/18  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $2,827,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/22/18 | {14} | LUCILLE SCHNEIDER ESTATE | Inheritance | 1129-000 | 5,632.00 | | 5,632.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,622.00 |
| 04/12/18 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,755.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,755.00 | 3,867.00 |
| 04/12/18 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,313.20, Trustee Compensation; Reference: | 2100-000 | | 1,313.20 | 2,553.80 |
| 04/12/18 | 103 | Discover Bank | Dividend paid 1.89% on $3,634.64; Claim# 1; Filed: $3,634.64; Reference: | 7100-000 | | 68.89 | 2,484.91 |
| 04/12/18 | 104 | Capital One, N.A. | Dividend paid 1.89% on $1,095.01; Claim# 2; Filed: $1,095.01; Reference: | 7100-000 | | 20.75 | 2,464.16 |
| 04/12/18 | 105 | US DEPARTMENT OF EDUCATION | Dividend paid 1.89% on $19,966.23; Claim# 6; Filed: $19,966.23; Reference: | 7100-000 | | 378.42 | 2,085.74 |
| 04/12/18 | 106 | First Midwest Bank | Dividend paid 1.89% on $672.35; Claim# 7; Filed: $672.35; Reference: | 7100-000 | | 12.74 | 2,073.00 |
| 04/12/18 | 107 | MERRICK BANK | Dividend paid 1.89% on $711.05; Claim# 8; Filed: $711.05; Reference: | 7100-000 | | 13.48 | 2,059.52 |
| 04/12/18 | 108 | PYOD, LLC its successors and assigns as assignee | Dividend paid 1.89% on $901.37; Claim# 9; Filed: $901.37; Reference: | 7100-000 | | 17.08 | 2,042.44 |
| 04/12/18 | 109 | Bureaus Investment Group Portfolio No 15 LLC | Dividend paid 1.89% on $17,079.25; Claim# 10; Filed: $17,079.25; Reference: | 7100-000 | | 323.70 | 1,718.74 |
| 04/12/18 | 110 | U.S. Bank National Association | Dividend paid 1.89% on $4,374.89; Claim# 11; Filed: $4,374.89; Reference: | 7100-000 | | 82.92 | 1,635.82 |
| 04/12/18 | 111 | US DEPARTMENT OF EDUCATION | Combined Check for Claims#3,4,5 -2 | | | 1,635.82 | 0.00 |
| | | | Dividend paid 1.89% on $18,751.49;  Claim# 3; Filed: $18,751.49 | 7100-000 | | 355.39 | 0.00 |
| | | | Dividend paid 1.89% on $23,746.68;  Claim# 4; Filed: $23,746.68 | 7100-000 | | 450.07 | 0.00 |
| | | | Dividend paid 1.89% on $43,812.00;  Claim# 5 -2; Filed: $43,812.00 | 7100-000 | | 830.36 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,632.00 | 5,632.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,632.00 | 5,632.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,632.00** | **$5,632.00** | |

{} Asset reference(s)

Printed: 06/19/2018 08:56 AM    V.14.14

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-82107  
**Case Name:** DRENDEL, LORI A  
**Taxpayer ID #:** **-***8802  
**Period Ending:** 06/19/18

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $2,827,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|---|
| | | | **Checking # ******9466** | | 5,632.00 | 5,632.00 | 0.00 |
| | | | | | $5,632.00 | $5,632.00 | $0.00 |

{} Asset reference(s)                                                                                              Printed: 06/19/2018 08:56 AM    V.14.14